# EXHIBIT B

REGISTERED AGENT SOLUTIONS INC

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

6/22/2016

Cory Levy
**ONE, INC.**
10 Cyril Magmin St.
Suite 506
San Francisco, CA 94102 USA

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE: ONE, INC.**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.

### SERVICE INFORMATION

Service Date: 6/22/2016
Service Time: 3:00 PM EDT
Service Method: Process Server

### RASi REFERENCE INFORMATION

Service No.: 0055028
RASi Office: Delaware
Rec. Int. Id.: AXS

### CASE INFORMATION

Case Number: 2016-CH-07881
File Date: 06/13/2016
Jurisdiction: COOK COUNTY CIRCUIT COURT, ILLINOIS, CHANCERY DIVISION
Case Title: MATTHEW WARCIAK V. ONE, INC.

### ANSWER / APPEARANCE INFORMATION

30 days

*(Be sure to review the document(s) for any required response dates)*

### AGENCY / PLAINTIFF INFORMATION

Firm/Issuing Agent: EDELSON PC
Attorney/Contact: BENJAMIN H. RICHMAN
Location: Illinois
Telephone No.: 312-589-6370

### DOCUMENT(S) RECEIVED & ATTACHED

Summons
Notice: OF ELECTRONIC FILING
Demand for Jury Trial
OtherDetail: CHANCERY DIVISION CIVIL COVER SHEET

### ADDITIONAL NOTES

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process per your default account instructions. RASi offers several methods of notification including Telephone Notification, Email Notification, Online Insta-SOP Delivery, and FedEx/US Postal Service Delivery. If you would like to update your account's default notification methods or view Service of Process information, log into your online account at www.rasi.com.

*Thank you for your continued business!*

**Edelson PC**

350 North LaSalle Street, 13th Floor, Chicago, Illinois 60654
t 312.589.6370 | f 312.589.6378 | www.edelson.com

June 21, 2016

**VIA PROCESS SERVER**

One, Inc.,
c/o Registered Agent
1679 Dupont Highway, Suite 100
Dover, DE 19901

> **Re:** *Warciak v. One, Inc.,* **No. 2016-ch-07881 (Cook County, Ill.)**
> **Preservation, Discovery, and Production**

To Whom It May Concern:

I write to provide notice to One, Inc., of its instant and continuing duty to preserve all documents, records, data, information, and other tangible evidence that are relevant to or which may lead to the discovery of information relevant to the subject matter of the above-referenced lawsuit. This duty applies to this case as well as to all existing or future additional related actions that may be commenced, and extends to One, Inc., as well as its agents, affiliates, independent contractors, and others acting on its behalf (collectively, "One"), to the extent those individuals or entities have any such information within their possession, custody or control.

In particular, Plaintiff intends to seek the production of relevant, non-privileged information, including documents, correspondence, source code, and other electronically stored information ("ESI") relating to: (i) the After School user interface, including all drafts thereof, (ii) the computer code for all versions of your After School mobile application, (iii) records of all invitational text messages sent as a result of the After School mobile application, and (iv) the manner in which Plaintiff and the putative Class members purportedly consented to receive such text messages.

Plaintiff intends to seek the above-described information in its native electronic format. Thus, absent agreement by the Parties, copying, preserving, or otherwise converting any digital evidence or information to .tiff files or other non-native formats will *not* be considered compliant with this notice, irrespective of whether such production is in connection with Plaintiff's anticipated written discovery requests.[1]

Additionally, One has a continuing duty to suspend all routine data retention policies and other processes or practices to the extent they involve the destruction of any evidence that is or is likely to be considered relevant in this matter, and should have already done so. We also remind One of its continuing obligation to preserve evidence that may come into existence after the date of this letter, or which may exist now or in the future, but of which it has no current knowledge.

---

[1]     To be clear, we're willing to discuss (and receive) alternative forms of production for the sake of efficiency. Nevertheless, One should preserve all relevant and discoverable information and documents in their native data format in the event that production in that form is ultimately necessary. Regardless of form, Plaintiff reserves the right to seek the production of discoverable information in its native format.

Chicago | San Francisco

Date Served 6/22/16
Time Served 2:50

**Edelson PC**

Finally and in light of the foregoing, we propose that the Parties schedule a conference between counsel and any other necessary persons to address the nature and context of ESI discovery in this matter. In an effort to facilitate the Parties' discussions, we may have present and participating at any such conference our technology expert(s) and propose that One does the same. During the conference, we intend to discuss the nature, form, and format for the production of ESI by One in response to Plaintiff's anticipated written discovery requests. Our objective in proceeding in this manner is to reach agreement on a stipulated ESI discovery protocol, which will minimize the potential for misinterpretation of discovery requests, deficient discovery responses and discovery-related motion practice. At the conference and in addition to the issues outlined above, we intend to raise and will be prepared to discuss the following non-exhaustive list of topics:

a.      Agreement as to general discovery-related definitions to be used by the Parties;

b.      Identification of individuals, including any non-party or third-party individuals, who can testify to ESI-related issues, including network and computing infrastructure, electronic records management and retention, and sources of potentially relevant ESI;

c.      Identification of all data storage, whether connected or not connected to One's network mapping that may be a source of relevant ESI;

d.      One's policies for managing the system(s) that generate and store ESI. Examples include, but are not limited to, back-up and business continuity policies, data retention policies, as well as internally and externally prepared audit reports documenting adherence to these policies;

e.      Acquisition and examination of all relevant versions of uncompiled source code;

f.      The necessity for restoration of previously deleted data and information;

g.      Determining whether back-up and archive information is within the scope of discovery;

h.      One's data protection policies and methodologies, such as continuous data protection, database snapshot or other rollback technologies;

i.      Existing and continuing necessity for ESI preservation;

j.      Existing and future necessity for forensic evidence collection, preservation orders, and other extraordinary ESI preservation activities;

k.      ESI search terms, search protocols, sampling, and error testing;

l.      Nature, form, and format of ESI production;

**Edelson PC**

    m.      Production (where applicable) of structured data, including search queries;

    n.      Nature, form, and format of initial disclosures of ESI;

    o.      Description of the processes of production;

    p.      Production schedule and costs;

    q.      Privilege log format, timing, and privileged document metadata;

    r.      Clawback issues; and

    s.      Documenting efforts to reach an accord regarding ESI and general discovery disputes.

Of course, if there are any additional discovery-related matters you would like to discuss, we would certainly be willing to do so. If, however, you are unwilling to engage in such discussions or otherwise disagree with this proposal, please let us know as soon as possible, so that we may bring the Parties' respective positions to the attention of the Court at the appropriate time. If you are willing to engage in the discussions outlined above, please let me know when you and your technology expert(s) (if any) are available to do so.

We look forward to working with you to expedite the discovery process in this matter and more generally.

                     Very truly yours,

                     EDELSON PC

                     Amir Missaghi



**E-Notice**

2016-CH-07881

CALENDAR: 13

To: Amir Cheyenne Missaghi
amissaghi@edelson.com

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### MATTHEW  WARCIAK vs. ONE, INC.
### 2016-CH-07881

The transmission was received on 06/10/2016 at 4:51 PM and was ACCEPTED with
the Clerk of the Circuit Court of Cook County on 06/13/2016 at 8:41 AM.

### CHANCERY_ACTION_COVER_SHEET (CHANCERY DIVISION)

### COMPLAINT

Filer's Email:      amissaghi@edelson.com
Filer's Fax:
Notice Date:      6/13/2016 8:41:24 AM
Total Pages:      20

**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT**
COOK COUNTY
RICHARD J. DALEY CENTER, ROOM 1001
CHICAGO, IL 60602

(312) 603-5031
courtclerk@cookcountycourt.com

Chancery Division Civil Cover Sheet - General Chancery Section        (Rev. 6/15/09) CCCH 0623

## IN THE CIRCUIT CIVIL COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, COUNTY DIVISION

MATTHEW WARCIAK

v.            **Plantiff**

ONE, INC.

           **Defendant**

No.

```
ELECTRONICALLY FILED
6/10/2016 4:51 PM
2016-CH-07881
CALENDAR: 13
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
CHANCERY DIVISION
CLERK DOROTHY BROWN
```

## CHANCERY DIVISION CIVIL COVER SHEET
## GENERAL CHANCERY SECTION

     A Chancery Division Civil Cover Sheet - General Chancery Section shall be filed with the initial complaint in all actions filed in the General Chancery Section of Chancery Division. The information contained herein is for administrative purposes only. Please check the line in front of the appropriate category which best characterizes your action being filed.

| | | |
|---|---|---|
| 0005 | ☐ Administrative Review | |
| 0001 | ☑ Class Action | |
| 0002 | ☐ Declaratory Judgment | |
| 0004 | ☐ Injunction | |

| | | | | |
|---|---|---|---|---|
| 0007 | ☐ General Chancery | 0019 | ☐ Partition |
| 0010 | ☐ Accounting | 0020 | ☐ Quiet Title |
| 0011 | ☐ Arbitration | 0021 | ☐ Quo Warranto |
| 0012 | ☐ Certiorari | 0022 | ☐ Redemption Rights |
| 0013 | ☐ Dissolution of Corporation | 0023 | ☐ Reformation of a Contract |
| 0014 | ☐ Dissolution of Partnership | 0024 | ☐ Rescission of a Contract |
| 0015 | ☐ Equitable Lien | 0025 | ☐ Specific Performance |
| 0016 | ☐ Interpleader | 0026 | ☐ Trust Construction |
| 0017 | ☐ Mandamus | 0027 | ☐ Foreign Transcript |
| 0018 | ☐ Ne Exeat | 0085 | ☐ Petition to Register Foreign Judgment |
| | | | ☐ Other (specify) _____ |

By: /s AMIR CHEYENNE MISSAGHI
                **Attorney**             **Pro Se**

Atty. No.: 44146
Name: KAMBER EDELSON LLC
Atty. for: MATTHEW WARCIAK
Address: 350 N LASALLE 1300
City/State/Zip: CHICAGO, IL 60654
Telephone: (312) 589-6370

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Summons - Alias Summons                                                    (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MATTHEW WARCIAK

v.                                        No. 2016-CH-07881

ONE, INC.

Defendant Address:

ONE, INC.

R/A REGISTERED AGENT SOLUTIONS, INC.

1679 S DUPONT HWY STE 100

DOVER, DE 19901

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

   YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 802 _____,Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows        ☐ District 4 - Maywood
   5600 Old Orchard Rd.            2121 Euclid 1500                      Maybrook Ave.
   Skokie, IL 60077                Rolling Meadows, IL 60008            Maywood, IL 60153

☐ District 5 - Bridgeview      ☐ District 6 - Markham                ☐ Richard J. Daley Center
   10220 S. 76th Ave.             16501 S. Kedzie Pkwy.                 50 W. Washington, LL-01
   Bridgeview, IL 60455           Markham, IL 60428                     Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☐ Atty. No.: 44146                            Witness:        Friday, 10 June 2016

Name: KAMBER EDELSON LLC

Atty. for: MATTHEW WARCIAK                    DOROTHY BROWN, Clerk of Court

Address: 350 N LASALLE 1300

City/State/Zip Code: CHICAGO, IL 60654        Date of Service: 6/22/16

Telephone: (312) 589-6370                     (To be inserted by officer on copy left with Defendant or other person)

Primary Email Address: amissaghi@edelson.com

Secondary Email Address(es):                  **Service by Facsimile Transmission will be accepted at:

_____           _____

_____           (Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**Page 1 of 1**

# Chancery DIVISION
## Litigant List

Printed on 06/13/2016

Case Number: 2016-CH-07881

Page 1 of 1

## Plaintiffs

| Plaintiffs Name | Plaintiffs Address | State | Zip | Unit # |
|---|---|---|---|---|
| MATTHEW WARCIAK | | | | |

Total Plaintiffs: **1**

## Defendants

| Defendant Name | Defendant Address | State | Unit # | Service By |
|---|---|---|---|---|
| ONE, INC. | 1679 S DUPONT HWY STE 100 DOVER, | DE 19901 | | Sheriff-Filer |

Total Defendants: **1**