# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW WARCIAK, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:16-cv-7426<br>) |
| ONE, INC., a Delaware corporation, | ) Judge: Hon. Matthew F. Kennelly<br>) |
| Defendant. | )<br>) |

## DEFENDANTS' DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND NOTIFICATION AS TO AFFILIATES (CIV. L.R. 3.2)

Defendant One, Inc., by and through its undersigned counsel of record, hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 that it has no parent corporation and no publicly traded corporation owns more than 5% of its stock.

Dated: July 21, 2016 JEFFREY T. NORBERG

/s/ Jeffrey T. Norberg
/s/Jeffrey T. Norberg

NEAL & MCDEVITT, LLC
JEFFREY T. NORBERG (6315012)
jnorberg@nealmcdevitt.com
1776 Ash Street
Northfield, IL 60093
Telephone: (847) 881-2468
Facsimile: (847) 441-0911

COOLEY LLP
SCOTT D. DAILARD (*pro hac vice forthcoming*)
(sdailard@cooley.COM)
DARCIE A. TILLY (*pro hac vice forthcoming*)
(dtilly@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Defendant ONE, INC.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of DEFENDANT'S DISCLOSURE STATEMENT was filed electronically with the Clerk of the Court using the CM/ECF system, and mailed via first class U.S. Mail to the Plaintiff's attorney at the following address:

> Benjamin Richman
> Edelson PC
> 350 North LaSalle Street, 13th Floor
> Chicago, IL 60654

Dated: July 21, 2016 /s/ Jeffrey T. Norberg