Matthew Warciack
        Plaintiff,

v.               Case No.: 1:16−cv−07426
              Honorable Matthew F. Kennelly

One, Inc.
        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 29, 2016:

  MINUTE entry [11] is corrected as follows: Initial status hearing is set to 9:00 a.m. on 9/21/2016 before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located at http://www.ilnd.uscourts.gov/home/JUDGES/KENNELLY/INIT−ORD.htm. (mk) (Entered: 08/28/2016)(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.