UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW WARCIAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-CV-07426 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | Magistrate Judge Susan E. Cox |
| ONE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT**

NOW COMES the Defendant, ONE, INC., by and through its attorney, Jeffrey Thomas Norberg, to move this Court pursuant to Fed. R. Civ. P. 6(b)(1) for its Motion for Extension of Time to answer or otherwise plead to Plaintiff's Class Action Complaint, and in support of its motion, Defendant states as follows:

1. Plaintiff's Class Action Complaint purports to state claims on behalf of himself and a class for alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq*.

2. Defendant's responsive pleading is due on September 12, 2016.

3. New Defense counsel was just recently retained. Defendant and its counsel have been diligently investigating the allegations of Plaintiff's Complaint, but have been unable to complete their investigation to date.

4. New Defense counsel filed a motion for leave to file a substitute appearance on September 2, 2016.

131479641v1 0990433

5. Further, new lead attorney for the Defendant is preparing for a trial which is scheduled to start on September 7, 2016.

6. Defendant hereby requests an additional 11 days to answer or otherwise plead, which is up to and including September 23, 2016. This is Defendant's second request for additional time to answer or otherwise plead.

7. Counsel for the Defendant has contacted the Plaintiff's counsel about the instant motion, and Plaintiff's counsel does not oppose this motion.

8. This request is not made for purposes of unnecessary delay and will not prejudice any party in the litigation.

WHEREFORE, Defendant, ONE, INC., respectfully requests that this Court grant it an enlargement of time up to and including September 23, 2016, to file an answer or otherwise plead to Plaintiff's Complaint, and/or grant any other relief to the Defendant that is equitable and just.

Respectfully submitted on behalf of Defendant, ONE, INC.

*/s/ Jeffrey Thomas Norberg*
Jeffrey Thomas Norberg
Neal & McDevitt
1776 Ash Street
Northfield, IL 60093
Tel: 847-441-9100
E-mail:jnorberg@nealmcdevitt.com

131479641v1 0990433

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2016, I electronically filed or caused to be filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Motion for Extension of Time** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

                                              */s/Jeffrey Thomas Norberg*

131479641v1 0990433