# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MATTHEW WARCIAK, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-CV-07426 |
| ) | |
| v. ) | Judge Matthew F. Kennelly |
| ) | Magistrate Judge Susan E. Cox |
| ONE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

TO:  *All Parties of Record*

**PLEASE TAKE NOTICE** that on **September 14, 2016, at 9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly or any Judge sitting in his stead in Courtroom 2103, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, Defendant's **Unopposed Motion for Extension of Time,** a copy of which is served upon you.

NEAL & MCDEVITT

Jeffrey Thomas Norberg
Neal & McDevitt
1776 Ash Street
Northfield, IL 60093
Tel: 847-441-9100
E-mail: jnorberg@nealmcdevitt.com

*/s/ Jeffrey Thomas Norberg*
Jeffrey Thomas Norberg

# CERTIFICATE OF SERVICE

I, Jeffrey Thomas Norberg, an attorney, certify that I shall cause to be served a copy of the **NOTICE OF MOTION and UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME** upon all counsel of record via the Case Management/Electronic Case Filing System ("ECF") as indicated, on September 6, 2016**.**

NEAL & MCDEVITT

| | |
|---|---|
| Jeffrey Thomas Norberg<br>Neal & McDevitt<br>1776 Ash Street<br>Northfield, IL 60093<br>Tel: 847-441-9100<br>E-mail:jnorberg@nealmcdevitt.com | */s/ Jeffrey Thomas Norberg*<br>Jeffrey Thomas Norberg |

131479739v1 0990433