# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW WARCIAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-CV-07426 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | Magistrate Judge Susan E. Cox |
| ONE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

TO: *All Parties of Record*

**PLEASE TAKE NOTICE** that on **September 29, 2016, at 9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly or any Judge sitting in his stead in Courtroom 2103, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, Defendant's **Motion To Dismiss, Motion to Strike** and **Motion to Stay Discovery**, a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

s/ *John P. Ryan*
John P. Ryan

John P. Ryan
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
jryan@hinshawlaw.com

131496160v1 0990433

2

## CERTIFICATE OF SERVICE

      I, John P. Ryan, an attorney, certify that I shall cause to be served a copy of the **NOTICE OF MOTION and MOTION TO DISMISS, MOTION TO STRIKE and MOTION TO STAY DISCOVERY** upon all counsel of record via the Case Management/Electronic Case Filing System ("ECF") as indicated, on September 23, 2016.

                                      HINSHAW & CULBERTSON LLP

| John P. Ryan | s/ *John P. Ryan* |
|---|---|
| HINSHAW & CULBERTSON LLP | John P. Ryan |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |

131496160v1 0990433