## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Matthew Warciak

                          Plaintiff,

v.                                           Case No.: 1:16−cv−07426
                                                            Honorable Matthew F. Kennelly

One, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 29, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 9/29/2016. Motion to strike [26] is denied for reasons stated in open court. Motion to stay [28] is granted pending the ruling on motion to dismiss. Response to motion to dismiss [24] due by 10/20/2016; replies due by 11/10/2016. Ruling on motion to dismiss and status hearing set for 12/8/2016 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.