IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW WARCIAK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ONE, INC., a Delaware corporation,<br><br>*Defendant.* | Case No. 1:16-cv-07426<br><br>Hon. Matthew F. Kennelly |

**UNOPPOSED MOTION BY ELIZABETH WINKOWSKI
FOR LEAVE TO WITHDRAW HER APPEARANCE
AS ONE OF PLAINTIFF'S COUNSEL OF RECORD**

Elizabeth Winkowski, one of the attorneys of record for Plaintiff Matthew Warciak ("Plaintiff"), respectfully moves this Court pursuant to Local Rule 83.17 for leave to withdraw her appearance as one of Plaintiff's counsel of record. In support of this unopposed motion, Ms. Winkowski states as follows:

1. On July 22, 2016, Ms. Winkowski entered her appearance to serve as one of Plaintiff's counsel of record. (Dkt. 7.)

2. As of March 10, 2017, Ms. Winkowski will no longer be working for the law firm of Edelson PC. As such, Ms. Winkowski seeks leave to withdraw her appearance on behalf of Plaintiff.

3. Although Ms. Winkowski will no longer be working for Edelson PC, Plaintiff will continue to be represented by other attorneys at Edelson PC, including Benjamin H. Richman and Benjamin S. Thomassen. Therefore, Plaintiff will not be prejudiced by Ms. Winkowski's withdrawal.

4. Ms. Winkowski conferred with counsel for Defendant on March 6, 2017, who confirmed via electronic mail that Defendant does not oppose this motion.

**WHEREFORE,** Ms. Winkowski respectfully requests that the Court enter an order granting her leave to withdraw as one of Plaintiff's counsel of record.

Dated: March 8, 2017                    Respectfully submitted,

By: s/ Elizabeth A. Winkowski
     One of Plaintiff's attorneys

Elizabeth A. Winkowski
ewinkowski@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

      I, Elizabeth A. Winkowski, an attorney, hereby certify that on March 8, 2017, I served the above and foregoing to by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                               s/ Elizabeth A. Winkowski